United States District Court
Southern District of Texas
**ENTERED**
April 20, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-15-655 |
| | § | |
| JERRIE MONA CHESNEY | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance, (Docket Entry No.15). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | May 9, 2016 |
| Responses are to be filed by: | May 16, 2016 |
| Pretrial conference is reset to**:** | **May 23, 2016 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **May 31, 2016 at 9:00 a.m.** |

SIGNED on April 20, 2016, at Houston, Texas.

Lee H. Rosenthal
United States District Judge